**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NOS. A-2758-19
     A-3887-19

REGINA NAGLE,

  Petitioner-Appellant,

v.

BOARD OF TRUSTEES,
STATE POLICE
RETIREMENT SYSTEM,

  Respondent-Respondent.

_____

ROSEMARY MCCOY,

  Petitioner-Appellant,

v.

BOARD OF TRUSTEES,
STATE POLICE
RETIREMENT SYSTEM,

  Respondent-Respondent.

_____

Submitted November 29, 2021 – Decided February 11, 2022

Before Judges Fasciale and Sumners.

On appeal from the Board of Trustees of the State Police Retirement System, Department of the Treasury, SPRS Nos. xx-3425 and xx-3426.

Lauren Sandy, attorney for appellants.

Andrew J. Bruck, Acting Attorney General, attorney for respondent (Melissa H. Raksa, Assistant Attorney General, of counsel; Christopher Meyer, Deputy Attorney General, on the brief).

PER CURIAM

In these consolidated appeals, the parties having filed a stipulation of dismissal. We must point out appellants' counsel notified the court on January 21, 2022, that this matter was being dismissed because respondent issued a final agency decision on July 29, 2021, which reconsidered and granted the relief appellants requested due to newly enacted legislation. Unbeknownst to the court, that decision was rendered four months before we considered the appeal on November 29, 2021. While we appreciate counsel's representation that there were administrative issues in implementing the decision, she had a responsibility to alert the court of the probable resolution to avoid unnecessary waste of judicial resources. See Sessner v. Merck Sharp & Dohme Corp., 435 N.J. Super. 347 (App. Div. 2014). In fact, our decision in this appeal was

scheduled to be released on January 24, 2022, but was pulled upon notification

of the dismissal.

Dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

3

A-2758-19